```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture
YASIN MOHAMMAD
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 242798
     United States Courthouse
     312 North Spring Street, 14th Floor
     Los Angeles, California 90012
     Telephone: (213) 894-6968
     Facsimile: (213) 894-7177
     E-Mail:    Yasin.Mohammad@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>$707,291.00 IN U.S. CURRENCY,<br><br>　　　　Defendant.<br>_____<br><br>HAKOP TASHYAN,<br><br>　　　　Claimant.<br>_____ | No.: CV 15-03179-ODW(PLAx)<br><br>[~~PROPOSED~~]<br><br>**CONSENT JUDGMENT** |

　　　The civil forfeiture action captioned above was commenced on April 29, 2015. The defendant currency was seized from Hakop Tashyan ("Tashyan"), and he was the only person to submit a claim and answer. Claimant Tashyan filed a claim on July 2, 2015 (ECF No. 17), and an answer on July 7, 2015 (ECF No. 19).

The time for filing claims and answers has expired and no person other than Tashyan is believed to have a claim to the defendant asset, $707,291.00 in U.S. Currency ("defendant currency").

Plaintiff and Tashyan have made a stipulated request for the entry of this consent judgment of forfeiture resolving all claims concerning the defendant currency (Asset ID No. 14-DEA-601288).

The Court has been duly advised of and has considered the matter.  Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that $697,291.00 of the defendant currency (Asset ID No. 14-DEA-601288) and all interest earned on the entirety of the defendant currency since seizure, is hereby forfeited to the United States, and no other right, title or interest shall exist therein.  The remaining portion of the defendant currency, $10,000.00 in U.S. currency, without any interest, shall be returned to Tashyan through his counsel.  The funds are to be made payable via ACH deposit to Tashyan's attorney George G. Mgdesyan.

///

///

///

///

///

The Court finds that there was reasonable cause for the seizure of the defendant asset and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant asset.

DATED: February 22, 2016

THE HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


        /s/ Yasin Mohammad
YASIN MOHAMMAD
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA